48C03-1802-CT-000027

Madison Circuit Court 3

Filed: 2/22/2018 2:00 PM
Darlene Likens
Clerk
Madison County, Indiana

## MADISON CIRCUIT COURT 3
## COUNTY OF MADISON
## STATE OF INDIANA

**KIMBERLY BOONE,**

        Plaintiff,

vs.

**CHAD L. CHRIVIA, COB-ASH INC., and
HARMON OIL COMPANY INC.,**

        Defendants.

Case No.:

### COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Plaintiff Kimberly Boone, by counsel, complains against Defendants Chad L. Chrivia, Cob-Ash Inc., and Harmon Oil Company Inc., as follows:

### Parties and Recitals

1. At all times relevant, Plaintiff Kimberly Boone ("Boone") was and now is a resident of Elkmont, Limestone County, Alabama.

2. At all times relevant, Defendant Chad L. Chrivia ("Chrivia") was and is a resident of Lapeer, Lapeer County, Michigan, and was an employee and/or agent of Cob-Ash Inc. and/or Harmon Oil Company Inc.

3. At all times relevant, Defendant Cob-Ash Inc. ("Cob-Ash") was and now is a corporation engaged in the business of transporting goods in interstate commerce for hire. The company is registered in Michigan but not in Indiana.

4. Cob-Ash is a motor carrier registered with the U.S. Department of Transportation ("DOT") and the Federal Motor Carrier Safety Administration. Cob-Ash's DOT numbers is 455861.

1



**EXHIBIT** *B*

5.  At all times relevant, Defendant Harmon Oil Company Inc. ("Harmon Oil") was and now is a corporation engaged in the business of transporting goods in interstate commerce for hire. The company is registered in Michigan but not in Indiana.

6.  Harmon Oil is a motor carrier registered with the U.S. Department of Transportation ("DOT") and the Federal Motor Carrier Safety Administration. Harmon Oil's DOT numbers is 1567719.

7.  At the time of the collision, Chrivia was acting within the course and scope of his employment and/or agency with Cob-Ash and Harmon Oil.

**Facts**

8.  On or about February 25, 2016, at approximately 3:00 p.m., Boone was operating a 2005 GMC Yukon driving southbound on Dr. Martin Luther King Jr. Blvd., which runs north-north east and south-south west, at or near the intersection of Dr. Martin Luther King Jr. Blvd. and North St. (also believed to be known as Dayson Dr.) in Madison County, Indiana.

9.  At the same time and place where Boone was driving southbound on Martin Luther King Jr. Blvd., Cob-Ash and/or Harmon Oil, by and through its agent, servant, and/or employee Chrivia, was careless and negligent, in the operation of a 2010 International semi tractor-trailer, when Chrivia pulled out onto Martin Luther King Jr. Blvd. directly in front of Chrivia and slamming into Boone's vehicle.

10. The 2010 International semi tractor-trailer is or was owned by Cob-Ash and/or Harmon Oil.

**Count 1**

2

11. At all times relevant, Cob-Ash and/or Harmon Oil, by and through its agent, servant, and/or employee Chrivia owed various duties which included, but are not limited to, the following:

   a) A duty to exercise reasonable and ordinary care in the operation of the vehicle;

   b) A duty to maintain proper control of the vehicle;

   c) A duty to keep a proper lookout; and,

   d) A duty to operate the vehicle at a reasonable speed under the circumstances in order to avoid a collision.

12. On or about February 25, 2016, at approximately 3:00 p.m., Cob-Ash and/or Harmon Oil, by and through its agent, servant, and/or employee Chrivia negligently breached the duties that were owed which included, but are not limited to, the following:

   a) Failing to exercise reasonable and ordinary care in the operation of the vehicle;

   b) Failing to maintain proper control of the vehicle;

   c) Failing to keep a proper lookout; and,

   d) Failing to operate the vehicle at a reasonable speed under the circumstances in order to avoid a collision.

13. Some or all of the actions of Cob-Ash and/or Harmon Oil were negligent acts or omissions and violations of statutes or ordinances, for which there was no excuse or justification, that were designed to protect the class of persons, in which Boone was included, against the risk of harm which occurred as a result of the violations.

14. As a direct and proximate cause of the negligence of Cob-Ash and/or Harmon Oil, by and through its agent, servant, and/or employee Chrivia, Boone was injured and incurred the following damages and expenses:

3

a)  has sustained physical and emotional injuries, which might be permanent in nature and have affected the ability to function as a whole person;

b)  has sustained physical pain and mental suffering, and it is likely physical pain, and mental suffering will be experienced in the future, as a result of the injuries;

c)  has incurred reasonable expenses for necessary medical care, treatment, and services, and may incur future expenses for medical care, treatment, and service;

d)  may have had personal property damaged or destroyed, lost the use of the personal property, and incurred towing and storage expenses;

e)  may have lost earnings, profits, or income; and,

f)  may have been otherwise damaged and injured.

15. Cob-Ash and/or Harmon Oil is/are vicariously liable and responsible for the acts of negligence and damages caused by its/their employees and/or agents during the course and scope of their employment and/or agency with Cob-Ash and/or Harmon Oil.

16. Cob-Ash and/or Harmon Oil, by and through its agent, servant, and/or employee Chrivia is jointly and severally liable to Boone.

**Count 2**

17. At all times relevant, Chrivia was a professional operator of a commercial motor vehicle required to follow rules promulgated by the Department of Transportation and commonly referred to as the Federal Motor Carrier Safety Regulations and the Commercial Driver's License Manual; as well as Indiana state law, in part, as follows:

a)  A duty to exercise reasonable and ordinary care in the operation of the vehicle;

b)  A duty to maintain property control of the vehicle;

c)  A duty to keep a proper lookout; and,

4

    d)   A duty to operate the vehicle at a reasonable speed under the circumstances in order to avoid a collision.

18. On or about February 25, 2016, at approximately 3:00 p.m., Chrivia negligently breached the duties that were owed which included, but are not limited to, the following:

    a)   Failing to exercise reasonable and ordinary care in the operation of the vehicle;

    b)   Failing to maintain proper control of the vehicle;

    c)   Failing to keep a proper lookout; and,

    d)   Failing to operate the vehicle at a reasonable speed under the circumstances in order to avoid a collision.

19. Some or all of the actions of Chrivia were negligent acts or omissions and violations of statutes or ordinances, for which there was no excuse or justification, that were designed to protect the class of persons, in which Boone was included, against the risk of harm which occurred as a result of the violations.

20. As a direct and proximate cause of the negligence of Chrivia, Boone was injured and incurred the following damages and expenses:

    a)   has sustained physical and emotional injuries, which might be permanent in nature and have affected the ability to function as a whole person;

    b)   has sustained physical pain and mental suffering, and it is likely physical pain, and mental suffering will be experienced in the future, as a result of the injuries;

    c)   has incurred reasonable expenses for necessary medical care, treatment, and services, and may incur future expenses for medical care, treatment, and service;

    d)   may have had personal property damaged or destroyed, lost the use of the personal property, and incurred towing and storage expenses;

    e)    may have lost earnings, profits, or income; and,

    f)    may have been otherwise damaged and injured.

21.  Chrivia is jointly and severally liable to Boone.

    Wherefore, Boone requests this Court enter judgment in her favor and against Cob-Ash, Harmon Oil, and/or Chrivia in an amount commensurate with her injuries and damages, for the costs of the action, and for all other just and proper relief in the premises.

Respectfully submitted,

*/s/ Alex Beeman*
Alex Beeman, #31222-49
BEEMAN LAW
3737 S. Scatterfield Rd., Suite 200
Anderson, IN 46013
Phone: (765) 640-1330
Fax: (765) 640-1332
Email: alex@beemanlawoffice.com

## REQUEST FOR JURY TRIAL

    Plaintiff Kimberly Boone, by counsel, pursuant to Ind. Trial Rule 38(B), demands a trial by jury.

Respectfully submitted,

*/s/ Alex Beeman*
Alex Beeman, #31222-49
BEEMAN LAW

48C03-1802-CT-000027
Filed: 2/23/2018 2:00 PM
Darlene Likens
Clerk
Madison County, Indiana

Madison Circuit Court 3

# MADISON CIRCUIT COURT 3
# COUNTY OF MADISON
# STATE OF INDIANA

**KIMBERLY BOONE,**

        Plaintiff,

  vs.

**CHAD L. CHRIVIA, COB-ASH INC.,** and
**HARMON OIL COMPANY INC.,**

        Defendants.

Case No.:

## SUMMONS

To Defendant:      **Chad L. Chrivia**
                      **547 S Maple Leaf Rd**
                      **Lapeer, MI 48446**

      You have been sued by the person named "Plaintiff" in the court stated above. The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the Plaintiff has made and wants from you.

      You must answer the complaint in writing, by you or your attorney, within twenty (20) days, (twenty-three (23) days if service is by mail), commencing the day after you receive this summons, or judgment will be entered against you for what the Plaintiff has demanded.

      If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

      Service is to be made by Certified Mail.

Date:   2/23/2018

                                           *Darlene Likens* MW
                                  Clerk, Madison County Court (Seal)

Prepared by:

Alex M. Beeman, #31222-49
Attorney for Plaintiff
3737 S. Scatterfield Rd., Suite 200
Anderson, Indiana 46013
Phone: (765) 640-1330
Fax: (765) 640-1332

MADISON COUNTY CLERK

**SEAL**

ANDERSON, INDIANA

1

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served the within summons:

1.      By delivering on the ____ day of _____, 2018, a copy of this summons and a copy of the complaint to each of the within-named defendant.

2.      By leaving on the _____ day of _____, 2018, for each of the within-named defendant, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____, a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.

All done in Madison County, Indiana.

Fees    :_____                    SHERIFF OF MADISON COUNTY, INDIANA

Mileage:_____

Total   :_____          By:    _____
                                                          Deputy

## SERVICE ACKNOWLEDGED

A copy of the within summons and a copy of the complaint attached thereto were received by me at _____, this _____ day of _____, 2018.

_____
Defendant

2

Filed: 3/19/2018 7:51 PM
Madison County Circuit Court 3
Madison County, Indiana

**MADISON CIRCUIT COURT 3**
**COUNTY OF MADISON**
**STATE OF INDIANA**

| | |
|---|---|
| **KIMBERLY BOONE,** | Case No.: 48C03-1802-CT-27 |
| Plaintiff, | |
| vs. | |
| **CHAD L. CHRIVIA, COB-ASH INC.,** and **HARMON OIL COMPANY INC.,** | |
| Defendants. | |

**AFFIDAVIT OF SERVICE**

I, Alex M. Beeman, being duly sworn, hereby state the following:

1. I am the attorney for Kimberly Boone in the above-entitled action.

2. The attorneys who have appeared for Defendants agreed to accept service for Defendant Chad L. Chrivia.

3. On March 19, 2018, Chad L. Chrivia was served via efile.incourts.gov with the summons and complaint.

**VERIFICATION**

I affirm under the penalties of perjury that the foregoing representations are true.

*/s/ Alex Beeman*
Alex Beeman, #31222-49
BEEMAN LAW

# # #

1

Respectfully submitted,

/s/ Alex Beeman
Alex Beeman, #31222-49
BEEMAN LAW
3737 S. Scatterfield Rd., Suite 200
Anderson, IN 46013
Phone: (765) 640-1330
Fax: (765) 640-1332
Email: alex@beemanlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2018, a copy of this document was furnished to all attorneys of record and registered parties via efile.incourts.gov.

/s/ Alex Beeman
Alex Beeman, #31222-49
BEEMAN LAW
3737 S. Scatterfield Rd., Suite 200
Anderson, IN 46013
Phone: (765) 640-1330
Fax: (765) 640-1332
Email: alex@beemanlawoffice.com

48C03-1802-CT-000027

Madison Circuit Court 3

Filed: 2/22/2018 2:00 PM
Darlene Likens
Clerk
Madison County, Indiana

## MADISON CIRCUIT COURT 3
## COUNTY OF MADISON
## STATE OF INDIANA

**KIMBERLY BOONE,**

        Plaintiff,

    vs.

**CHAD L. CHRIVIA, COB-ASH INC.,** and
**HARMON OIL COMPANY INC.,**

        Defendants.

Case No.:

### SUMMONS

To Defendant:      **Cob-Ash Inc.**
                        **c/o Tom Harmon**
                        **6696 Beech**
                        **PO Box 703**
                        **North Branch, MI 48461**

      You have been sued by the person named "Plaintiff" in the court stated above. The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the Plaintiff has made and wants from you.

      You must answer the complaint in writing, by you or your attorney, within twenty (20) days, (twenty-three (23) days if service is by mail), commencing the day after you receive this summons, or judgment will be entered against you for what the Plaintiff has demanded.

      If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

      Service is to be made by Certified Mail.

Date: 2/23/2018

Clerk, Madison County Court (Seal) MW

Prepared by:

Alex M. Beeman, #31222-49
Attorney for Plaintiff
3737 S. Scatterfield Rd., Suite 200
Anderson, Indiana 46013
Phone: (765) 640-1330
Fax: (765) 640-1332

1

**48C03-1802-CT-000027**

Madison Circuit Court 3

Filed: 2/22/2018 2:00 PM
Darlene Likens
Clerk
Madison County, Indiana

## MADISON CIRCUIT COURT 3
### COUNTY OF MADISON
### STATE OF INDIANA

| | |
|---|---|
| KIMBERLY BOONE, | Case No.: |
| Plaintiff, | |
| vs. | |
| CHAD L. CHRIVIA, COB-ASH INC., and HARMON OIL COMPANY INC., | |
| Defendants. | |

### SUMMONS

To Defendant:    **Harmon Oil Company**
**c/o Tom Harmon**
**6696 Beech St.**
**PO Box 703**
**North Branch, MI 48461**

You have been sued by the person named "Plaintiff" in the court stated above. The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the Plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within twenty (20) days, (twenty-three (23) days if service is by mail), commencing the day after you receive this summons, or judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Service is to be made by Certified Mail.

Date: 2/23/2018

*Darlene Likens* MW

Clerk, Madison County Court (Seal)

Prepared by:

Alex M. Beeman, #31222-49
Attorney for Plaintiff
3737 S. Scatterfield Rd., Suite 200
Anderson, Indiana 46013
Phone: (765) 640-1330
Fax: (765) 640-1332

1

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

NORTH BRANCH, MI 48461

| Certified Mail Fee | $3.45 | |
| | | 0008 |
| | | 35 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.65 | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $0.71 | |
| | | 02/23/2018 |
| Total Postage and Fees | $ | |

Sent To  Harmon Oil Co.
c/o Tom Harmon
Street and Apt. No.  6696 Beech
City, State, ZIP+4  P O Box 703
North Branch, MI 48461

PS Form 3800

7015 2722 2000 0E2T 3017

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Harmon Oil Co.
c/o Tom Harmon
6696 Beech
P O Box 703
North Branch, MI 48461

9590 9402 2642 6336 8375 58

2. Article Number (Transfer from service label)

7015 1730 0002 2272 3017

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Tom Harmon  2/26/18

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
($)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# MADISON CIRCUIT COURT 3
## COUNTY OF MADISON
## STATE OF INDIANA

**KIMBERLY BOONE,**

        Plaintiff,

vs.

**CHAD L. CHRIVIA, COB-ASH INC.,** and
**HARMON OIL COMPANY INC.,**

        Defendants.

Case No.: 48C03-1802-CT-27

## AFFIDAVIT OF SERVICE

I, Alex M. Beeman, being duly sworn, hereby state the following:

1. I am the attorney for Kimberly Boone in the above-entitled action.

2. On February 23, 2018, Cob-Ash Inc. and Harmon Oil Company Inc. was sent via certified mail, return receipt, the summons and copy of the complaint.

3. On February 26, 2018, Cob-Ash Inc. and Harmon Oil Company were served the summons with a copy of the complaint as evidenced by the certified mail return receipts attached hereto.

## VERIFICATION

I affirm under the penalties of perjury that the foregoing representations are true.

                        */s/ Alex Beeman*
                        Alex Beeman, #31222-49
                        BEEMAN LAW

1

Respectfully submitted,

*/s/ Alex Beeman*
Alex Beeman, #31222-49
BEEMAN LAW
3737 S. Scatterfield Rd., Suite 200
Anderson, IN 46013
Phone: (765) 640-1330
Fax: (765) 640-1332
Email: alex@beemanlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2018, a copy of this document will be mailed via U.S. mail, pre-paid postage to the following person(s):

Cob-Ash Inc.
c/o Tom Harmon
6696 Beech
PO Box 703
North Branch, MI 48461

Harmon Oil, Inc.
c/o Tom Harmon
6696 Beech
PO Box 703
North Branch, MI 48461

Chad L. Chrivia
547 S Maple Leaf Rd
Lapeer, MI 48446

*/s/ Alex Beeman*
Alex Beeman, #31222-49
BEEMAN LAW
3737 S. Scatterfield Rd., Suite 200
Anderson, IN 46013
Phone: (765) 640-1330
Fax: (765) 640-1332
Email: alex@beemanlawoffice.com

| | | |
|---|---|---|
| STATE OF INDIANA | ) | MADISON CIRCUIT COURT 3 |
| | ) SS: | |
| COUNTY OF MADISON | ) | CAUSE NO.: 48C03-1802-CT-27 |

| | |
|---|---|
| KIMBERLY BOONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CHAD L. CHRIVIA, | ) |
| COB-ASH, INC. and | ) |
| HARMON OIL COMPANY, INC., | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:    **Defendants**

    1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):
        **Chad L. Chrivia, Cob-Ash, Inc. and Harmon Oil Company, Inc.**

    2.    Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

Christopher R. Whitten, Attorney No.  20429-49
Jason J. Hoy, Attorney No.  20931-49
WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
(317) 362-0225 Telephone
(317) 362-0151 Facsimile
cwhitten@indycounsel.com
jhoy@indycounsel.com

    3.    There are other party members:  No.

    4.    If first initiating party filing this case, the Clerk is required to assign this case the following Case Type under Administrative Rule 8(b)(3): N/A.

    5.    I will accept service by FAX at the above noted number:  No.

6.     This case involves support issues.    No.   (If yes, supply social security number for all family members).

7.     There are related cases:  No.

8.     This form has been served on all other parties.    Certificate of Service is attached:  Yes.

9.     Additional information required by local rule:  N/A.

Respectfully submitted,

WHITTEN LAW OFFICE

_____
Christopher R. Whitten/20429-49

_____
Jason J. Hoy/20931-49
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on the following by electronic filing through the Court's system, on March 16, 2018:

Alex Beeman, Esq.
BEEMAN LAW
3737 S. Scatterfield Rd, Suite 200
Anderson, IN 46013
Alex@BeemanLawOffice.com

_____
Christopher R. Whitten
Jason J. Hoy

WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317-362-0225
Fax:  317-362-0151

2

Filed: 3/15/2018 9:08 AM
Madison County Circuit Court 3
Madison County, Indiana

STATE OF INDIANA      )
                          ) SS:
COUNTY OF MADISON    )

MADISON CIRCUIT COURT 3

CAUSE NO.: 48C03-1802-CT-27

KIMBERLY BOONE,             )
                              )
           Plaintiff,        )
                              )
    vs.                           )
                              )
CHAD L. CHRIVIA,         )
COB-ASH, INC. and        )
HARMON OIL COMPANY, INC.,    )
                              )
          Defendants.    )

## MOTION FOR ENLARGEMENT OF TIME

Defendants, Chad L. Chrivia, Cob-Ash, Inc. and Harmon Oil Company, Inc. ("Defendants"), by counsel, respectfully request the Court for an enlargement of time of 30 days to respond to the Complaint ("Complaint") of Plaintiff, Kimberly Boone, and in support thereof, state as follows:

1.      On or about February 26, 2018, Defendants, Cob-Ash, Inc. and Harmon Oil Company, Inc., were served with a copy of the Summons and Complaint via certified mail.

2.      According to the Court's online docket, Defendant, Chad L. Chrivia, has not yet been served with a copy of the Summons and Complaint.

3.      The time for Defendants to respond to Plaintiff's Complaint has not yet expired.

4.      Counsel for Defendants requires additional time to confer with his clients and to prepare an appropriate response to the Complaint.

5.      No prior enlargement of time has been requested or obtained.

WHEREFORE, Defendants, Chad L. Chrivia, Cob-Ash, Inc. and Harmon Oil Company, Inc., by counsel, respectfully request the Court for an enlargement of time of 30 days up to and including April 20, 2018, in which to respond to the Complaint and for all other just and proper relief.

Respectfully submitted,

WHITTEN LAW OFFICE

_____
Christopher R. Whitten/20429-49
Jason J. Hoy/20931-49
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following by electronic filing through the Court's system, on March 16, 2018:

Alex Beeman, Esq.
BEEMAN LAW
3737 S. Scatterfield Rd, Suite 200
Anderson, IN 46013
Alex@BeemanLawOffice.com

_____
Christopher R. Whitten
Jason J. Hoy

WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317-362-0225
Fax:  317-362-0151

2

STATE OF INDIANA     )
                       ) SS:
COUNTY OF MADISON   )

MADISON CIRCUIT COURT 3

CAUSE NO.: 48C03-1802-CT-27

KIMBERLY BOONE,          )
                       )
           Plaintiff,    )
                       )
    vs.                 )
                       )
CHAD L. CHRIVIA,       )
COB-ASH, INC. and     )
HARMON OIL COMPANY, INC., )
                       )
         Defendants.   )

## ORDER ON DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

This matter came before the Court on Defendants' Motion for Enlargement of Time to Answer Complaint. The Court having been first duly advised, now **GRANTS** the Motion.

IT IS THEREFORE ORDERED that Defendants, Chad L. Chrivia, Cob-Ash, Inc. and Harmon Oil Company, Inc., shall have up to and including April 20, 2018, in which to respond to Plaintiff's Complaint.

Date: **March 22, 2018**

Judge, Madison Circuit Court 3

Copies to:
Alex Beeman, Esq.
BEEMAN LAW
3737 S. Scatterfield Rd, Suite 200
Anderson, IN 46013

Christopher R. Whitten, Esq.
Jason J. Hoy, Esq.
WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237

Recommended For APPROVAL

Commissioner

STATE OF INDIANA      )
                      )  SS:
COUNTY OF MADISON     )

MADISON CIRCUIT COURT 3

CAUSE NO.: 48C03-1802-CT-27

KIMBERLY BOONE,                    )
                                   )
                Plaintiff,         )
                                   )
        vs.                        )
                                   )
CHAD L. CHRIVIA,                   )
COB-ASH, INC. and                  )
HARMON OIL COMPANY, INC.,          )
                                   )
                Defendants.        )

## ANSWER, AFFIRMATIVE DEFENSES
## AND DEMAND FOR TRIAL BY JURY

Defendants, Chad L. Chrivia, Cob-Ash, Inc., and Harmon Oil Company, Inc. ("Defendants"), by counsel, and for their Answer, Affirmative Defenses, and Demand for Trial by Jury to Plaintiff's Complaint for Damages ("Complaint"), state the following:

### Parties and Recitals

1.      At all times relevant, Plaintiff Kimberly Boone ("Boone") was and now is a resident of Elkmont, Limestone County, Alabama.

**ANSWER:  Defendants are without sufficient information to admit or deny the allegations contained in paragraph 1 of Plaintiff's Complaint.**

2.      At all times relevant, Defendant Chad L. Chrivia ("Chrivia") was and is a resident of Lapeer, Lapeer County, Michigan, and was an employee and/or agent of Cob-Ash, Inc. and/or Harmon Oil Company, Inc.

**ANSWER:  Defendants admit that Chrivia was a resident of Lapeer, Michigan, and was an employee of Cob-Ash, Inc.  Defendants deny the remaining allegations contained in paragraph 2 of Plaintiff's Complaint.**

3.     At all times relevant, Defendant Cob-Ash, Inc. ("Cob-Ash") was and now is a corporation engaged in the business of transporting goods in interstate commerce for hire.  The company is registered in Michigan but not in Indiana.

**ANSWER:   Defendants admit the allegations contained in paragraph 3 of Plaintiff's Complaint.**

4.     Cob-Ash is a motor carrier registered with the U.S. Department of Transportation ("DOT") and the Federal Motor Carrier Safety Administration, Cob-Ash's DOT numbers is 455861.

**ANSWER:   Defendants admit the allegations contained in paragraph 4 of Plaintiff's Complaint.**

5.     At all times relevant, Defendant Harmon Oil Company, Inc. ("Harmon Oil") was and now is a corporation engaged in the business of transporting goods in interstate commerce for hire. The company is registered in Michigan but not in Indiana.

**ANSWER:   Defendants deny the allegations contained in paragraph 5 of Plaintiff's Complaint.**

6.     Harmon Oil is a motor carrier registered with the U.S. Department of Transportation ("DOT") and the Federal Motor Carrier Safety Administration. Harmon Oil's DOT numbers is 1567719.

**ANSWER:   Defendants admit that Harmon Oil is registered with the U.S. Department of Transportation and the Federal Motor Carrier Safety Administration.   Defendants deny the remaining allegations contained in paragraph 6 of Plaintiff's Complaint.**

2

7.    At the time of the collision, Chrivia was acting within the course and scope of his employment and/or agency with Cob-Ash and Harmon Oil.

**ANSWER**:   **Defendants admit that Chrivia was acting within the course and scope of his employment with Cob-Ash.   Defendants deny the remaining allegations contained in paragraph 7 of Plaintiff's Complaint.**

### Facts

8.    On or about February 25, 2016, at approximately 3:00 p.m., Boone was operating a 2005 GMC Yukon driving southbound on Dr. Martin Luther King Jr. Blvd., which runs north-north east and south-south west, at or near the intersection of Dr. Martin Luther King Jr. Blvd. and North St. (also believed to be known as Dayson Drive) in Madison County, Indiana.

**ANSWER**:   **Defendants are without sufficient information to admit or deny the allegations contained in Plaintiff's Complaint.**

9.    At the same time and place where Boone was driving southbound on Martin Luther King Jr. Blvd., Cob-Ash and/or Harmon Oil, by and through its agent, servant, and/or employee Chrivia, was careless and negligent, in the operation of a 2010 International semi tractor-trailer, when Chrivia pulled out onto Martin Luther King Jr. directly in front of Chrivia and slamming into Boone's vehicle.

**ANSWER**:   **Defendants deny the allegations contained in paragraph 9 of Plaintiff's Complaint.**

3

10.    The 2010 International semi tractor-trailer is or was owned by Cob-Ash and/or Harmon Oil.

**ANSWER:  Defendants admit that the 2010 International semi tractor-trailer is or was owned by Cob-Ash.   Defendants deny the remaining allegations contained in paragraph 10 of Plaintiff's Complaint.**

11.    At all times relevant, Cob-Ash and/or Harmon Oil, by and through its agent, servant, and/or employee Chrivia owed various duties which included, but are not limited to, the following:

a)    A duty to exercise reasonable and ordinary care in the operation of the vehicle;

b)    A duty to maintain proper control of the vehicle;

c)    A duty to keep a proper lookout; and

d)    A duty to operate the vehicle at a reasonable speed under the circumstances in order to avoid a collision.

**ANSWER:  Defendants admit that all drivers on Indiana roadways owe a duty to operate their vehicles in a reasonable manner.  Defendants deny the remaining allegations contained in paragraph 11 of Plaintiff's Complaint to the extent they are inconsistent with Indiana law.**

12.    On or about February 25, 2016, at approximately 3:00 p.m., Cob-Ash and/or Harmon Oil, by and through its agent, servant, and/or employee Chrivia negligently breached the duties that were owed which included, but are not limited to, the following:

a)    Failing to exercise reasonable and ordinary care in the operation of the vehicle;

b)    Failing to maintain proper control of the vehicle;

c)    Failing to keep a proper lookout; and

4

    d)     Failing to operate the vehicle at a reasonable speed under the circumstances in order to avoid a collision.

**ANSWER:   Defendants deny the allegations contained in paragraph 12 of Plaintiff's Complaint.**

13.     Some or all of the actions of Cob-Ash and/or Harmon Oil were negligent acts or omissions and violations of statutes or ordinances, for which there was no excuse or justification, that were designed to protect the class of persons, in which Boone was included, against the risk of harm which occurred as a result of the violations.

**ANSWER:   Defendants deny the allegations contained in paragraph 13 of Plaintiff's Complaint.**

14.     As a direct and proximate cause of the negligence of Cob-Ash and/or Harmon Oil, by and through its agent, servant, and/or employee Chrivia, Boone was injured and incurred the following damages and expenses:

    a)     has sustained physical and emotional injuries, which might be permanent in nature and have affected the ability to function as a whole person;

    b)     has sustained physical pain and mental suffering, and it is likely physical pain, and mental suffering will be experienced in the future, as a result of the injuries;

    c)     has incurred reasonable expenses for necessary medical care, treatment, an services, and may incur future expenses for medical care, treatment, and service;

    d)     may have had personal property damaged or destroyed, lost the use of the personal property, and incurred towing and storage expenses;

    e)     may have lost earnings, profits, or income; and

    f)     may have been otherwise damaged and injured.

**ANSWER**:   Defendants deny the allegations contained in paragraph 14 of Plaintiff's Complaint.

15.    Cob-Ash and/or Harmon Oil is/are vicariously liable and responsible for the acts of negligence and damages caused by its/their employees and/or agents during the course and scope of their employment and/or agency with Cob-Ash and/or Harmon Oil.

**ANSWER**:   Defendants admit that vicarious liability would attach to Cob-Ash for Chrivia's actions, but deny any negligence on Chrivia's part. Defendants deny the remaining allegations contained in paragraph 15 of Plaintiff's Complaint.

16.    Cob-Ash and/or Harmon Oil, by and through its agent, servant, and/or employee Chrivia is jointly and severally liable to Boone.

**ANSWER**:   Defendants deny the allegations contained in paragraph 16 of Plaintiff's Complaint.

### Count 2

17.    At all times relevant, Chrivia was a professional operator of a commercial motor vehicle required to follow rules promulgated by the Department of Transportation and commonly referred to as the Federal Motor Carrier Safety Regulations and the Commercial Driver's License Manual; as well as Indiana state law, in part, as follows:

   a)    A duty to exercise reasonable and ordinary care in the operation of the vehicle;

   b)    A duty to maintain proper control of the vehicle;

   c)    A duty to keep a proper lookout; and

6

d)   A duty to operate the vehicle at a reasonable speed under the circumstances in order to avoid a collision.

**ANSWER: Defendants admit that Chrivia was a commercial motor vehicle operator. Defendants further admit that all drivers on Indiana roadways owe a duty to operate their vehicles in a reasonable manner. Defendants deny the remaining allegations contained in paragraph 17 of Plaintiff's Complaint to the extent they are inconsistent with Indiana law.**

18.   On or about February 25, 2016, at approximately 3:00 p.m., Chrivia negligently breached the duties that were owned which included, but are not limited, to the following:

a)   Failing to exercise reasonable and ordinary care in the operation of the vehicle;

b)   Failing to maintain proper control of the vehicle;

c)   Failing to keep a proper lookout; and

d)   Failing to operate the vehicle at a reasonable speed under the circumstances in order to avoid a collision.

**ANSWER: Defendants deny the allegations contained in paragraph 18 of Plaintiff's Complaint.**

19.   Some or all of the actions of Chrivia were negligent acts or omissions and violations of statutes or ordinances, for which there was no excuse or justification, that were designed to protect the class of persons, in which Boone was included, against the risk of harm which occurred as a result of the violations.

**ANSWER: Defendants deny the allegations contained in paragraph 19 of Plaintiff's Complaint.**

7

20.    As a direct and proximate cause of the negligence of Chrivia, Boone was incurred and incurred the following damages and expenses:

a)    has sustained physical and emotional injuries, which might be permanent in nature and have affected the ability to function as a whole person;

b)    has sustained physical pain and mental suffering, and it is likely physical pain, and mental suffering will be experienced in the future, as a result of the injuries;

c)    has incurred reasonable expenses for necessary medical care, treatment and services, and may incur future expenses for medical care, treatment, and service;

d)    may have had personal property damaged or destroyed, lost the use of the personal property, and incurred towing and storage expenses;

e)    may have lost earnings, profits, or income; and

f)    may have been otherwise damaged and injured.

**ANSWER:  Defendants deny the allegations contained in paragraph 20 of Plaintiff's Complaint.**

21.    Chrivia is jointly and severally liable to Boone.

**ANSWER:  Defendants deny the allegations contained in paragraph 21 of Plaintiff's Complaint.**

## AFFIRMATIVE DEFENSES

Defendants, Chad L. Chrivia, Cob-Ash, Inc. and Harmon Oil Company, Inc. ("Defendants"), by counsel, for their Affirmative Defenses to Plaintiff's Complaint, state as follows:

1.    Plaintiff's damages, if any, should be reduced by the percentage of the comparative fault allocated to Plaintiff.

8

2.     Plaintiff has failed to state a claim upon which a recovery may be granted.

3.     Subject to further discovery, Plaintiff may have failed to mitigate her damages.

4.     Defendants hereby specifically deny any and all allegations in Plaintiff's Complaint that were not specifically admitted.

5.     Defendants reserve the right to assert additional Affirmative Defenses.

WHEREFORE, Defendants, Chad L. Chrivia, Cob-Ash, Inc., and Harmon Oil Company, Inc., respectfully request that Plaintiff take nothing by way of her Complaint, for costs of this action, and for all other just and proper relief.

## DEMAND FOR TRIAL BY JURY

Defendants, Chad L. Chrivia, Cob-Ash, Inc. and Harmon Oil Company, Inc. ("Defendants"), by counsel, respectfully request that the above-captioned matter be tried by a jury.

Respectfully submitted,

WHITTEN LAW OFFICE

_____
Christopher R. Whitten/20429-49
Jason J. Hoy/20931-49
*Counsel for Defendants*

9

**CERTIFICATE OF SERVICE**

I certify that on the 20th day of April, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification to the following CM/ECF participants:


Alex Beeman, Esq.
BEEMAN LAW
3737 South Scatterfield Road
Suite 200
Anderson, IN 46013
alex@beemanlawoffice.com

_____
Christopher R. Whitten
Jason J. Hoy


WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317-362-0225
FX:   317-362-0151

10